# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**LATOYA RANSON,**
**TREKEVIOUS HAYES,**
**and ARNIQUA RANSON**                                                                  **PLAINTIFFS**

**VERSUS**                                   **CIVIL ACTION NO.: 4:20cv165-MPM-DAS**

**CITY OF CLARKSDALE,**
**COAHOMA COUNTY, MISSISSIPPI,**
**COAHOMA COUNTY SHERIFF'S OFFICE,**
**CHIEF DEPUTY LEON WILLIAMS,**
**MASTER SERGEANT MARCUS COHEN,**
**DEPUTY EDDIE EARL,**
**DEPUTY ERIC BILBRO, in their**
**Official and Individual Capacities**
**and JOHN and JANE DOES 1-10**                              **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendant City of Clarksdale, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that the City of Clarksdale is dismissed *with prejudice*, with each party to bear its own costs. Nothing herein shall be deemed to affect the remainder of the subject lawsuit.

Submitted on this, the 27th day of September, 2021.

/s/ *Juan T. Williams*                                     /s/ *Jeff Allen*
Juan T. Williams (MBN 102869)                R. Jeff Allen (MBN 10593)
jw@PerryGriffin.com                              rjallen@huntross.com
PERRYGRIFFIN, P.C.                                HUNT ROSS & ALLEN
5699 Getwell Road                                      P.O. Box 1196
Building G, Suite 5                                   Clarksdale, MS 38614
Southaven, MS 38672                            662-627-5251 (phone)
662-536-6868 (phone)                          ***Attorney for Defendant***
***Attorneys for Plaintiffs***                          ***City of Clarksdale***

/s/ *Bethany A. Tarpley*
Bethany A. Tarpley (MBN 104134)
btarpley@jlpalaw.com
JACKS GRIFFITH LUCIANO, P.A.
P.O. Box 1209
Cleveland, MS 38732
662-843-6171
**Attorneys for Defendants Coahoma County and Coahoma County Sheriff's Department**

/s/ *Michael S. Carr*
Michael S. Carr (MBN 102138)
mcarr@carrlawpllc.com
CARR LAW FIRM
301 W. Sunflower, Suite D
Cleveland, MS 38732
662-441-1529
**Attorney for Defendants Eric Bilbro, Marcus Cohen, and Eddie Earl**