IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## NOTICE

LATOYA RANSON, et al.　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF(S)

V.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.4:20-cv-165-MPM-DAS

COAHOMA COUNTY, MISSISSIPPI, et al.　　　　　　　　　　　　　　　DEFENDANT(S)

**TAKE NOTICE** that the proceeding in this case set for the place, date and time set forth below is hereby **CANCELLED**:

| **PLACE** | **Room No.** |
|---|---|
| U.S. FEDERAL COURTHOUSE OXFORD, MS | Visiting Magistrate Judge Chambers |
| | **Date and Time** 8/3/2022 1:30 p.m. |

**THE FINAL PRETRIAL CONFERENCE IS CANCELLED PENDING FURTHER NOTICE**

　　　　　　　　　　　　　　　　　　　　　　DAVID CREWS
　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　By:　　/s/ Beth Featherston
　　　　　　　　　　　　　　　　　　Law Clerk

Date:　July 12, 2022

To:　All Counsel of Record