IN THE CIRCUIT COURT OF COAHOMA COUNTY, MISSISSIPPI

**TREKEVIOUS KAVACEA HAYES**                                                             **PETITIONER**

**V.**                           **CAUSE NO. 24-cv-00010**

**STATE OF MISSISSIPPI**                                                      **RESPONDENT**

### ORDER GRANTING AMENDED PETITION TO EXPUNGE

**THIS MATTER** having come before the Court on the AMENDED PETITION TO EXPUNGE of TREKEVIOUS KAVACEA HAYES by and through his attorney, the Honorable Juan T. Williams, on September 3, 2024, in the above-styled and numbered cause wherein Petitioner was charged, but was never indicted, with ONE (1) COUNT OF POSSESSION OF A CONTROLLED SUBSTANCE and THREE (3) COUNTS OF AGGRAVATED ASSAULT as outlined below:

1. RACE AND GENDER: BLACK/MALE
   DOB: 11/20/1999
   SSN: XXX-XX-3188
   CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE
   OFFENSE DATE: 01/27/2020
   ARRESTING AGENCY: COAHOMA COUNTY SHERIFF'S OFFICE

2. RACE AND GENDER: BLACK/MALE
   DOB: 11/20/1999
   SSN: XXX-XX-3188
   CHARGE: AGGRAVATED ASSAULT
   OFFENSE DATE: 02/03/2020
   ARRESTING AGENCY: COAHOMA COUNTY SHERIFF'S OFFICE

3. RACE AND GENDER: BLACK/MALE
   DOB: 11/20/1999
   SSN: XXX-XX-3188
   CHARGE: AGGRAVATED ASSAULT
   OFFENSE DATE: 02/03/2020
   ARRESTING AGENCY: COAHOMA COUNTY SHERIFF'S OFFICE

4. RACE AND GENDER: BLACK/MALE
   DOB: 11/20/1999
   SSN: XXX-XX-3188
   CHARGE: AGGRAVATED ASSAULT
   OFFENSE DATE: 02/06/2020
   ARRESTING AGENCY: COAHOMA COUNTY SHERIFF'S OFFICE

The Court finds that Petitioner meets the criteria for expungement as set out in Section 99-15-26(5) and 99-19-71(4) of the Mississippi Code of 1972, as annotated and amended.[1]

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause shall be and is hereby **EXPUNGED**, and all records of Petitioner's arrests be **EXPUNGED**.

**IT IS FURTHER ORDERED** that all persons, including, but not limited to the Coahoma County Sheriff's Office, Clarksdale Police Department, and the Coahoma County Justice Court keeping or maintaining any official records of these matters, including photographs, affidavits, statements, and pleas, *except fingerprint records*, are hereby directed to expunge all official records or recordations related to the Petitioner's arrests. The effect of this order shall be to restore Defendant/Petitioner, in contemplation of the law, to the status the Defendant/Petitioner occupied prior to such arrests. Petitioner shall not hereafter under any provision of any law be guilty of perjury or otherwise giving a false statement by reason of his failure to recite or acknowledge such arrests in response to any inquiry made of him for any purpose.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2024.

_____
W. HUNTER NOWELL
CIRCUIT COURT JUDGE

---

[1] Petitioner was charged, but was never indicted, on any of these charges. Therefore, there was no disposition of said charges.